In the Matter of 48 W. 37 CORP., Appellant. STANDARD THREAD Co., INC., Respondent.

Submitted November 21, 1951; decided December 7, 1951.

*Frederick E. Zane* and *Daniel M. Zane* for appellant.

*Bernard A. Finkel* and *Isidor E. Schlesinger* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.